**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS A.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-4200** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **COMMISIONER OF** | : | **Magistrate Elizabeth P. Deavers** |
| **SOCIAL SECURITY** | : | |
| | : | |
| **Defendants.** | : | |

<u>**OPINION & ORDER**</u>

This matter is before the Court on the Magistrate Judge's **Report and Recommendation.** (ECF No. 13). On December 3, 2025, the Magistrate Judge issued the Report and Recommendation, recommending that the Commissioner of Social Security's non-disability finding be reversed and remanded under Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings. The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (ECF No. 13 at 13). The parties have failed to respond. The deadline for objections has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, this action is **REMANDED** to the Commissioner for further consideration in accordance with this Order, pursuant to 42 U.S.C. § 405(g), Sentence Four.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**DATED: March 3, 2026**         **UNITED STATES DISTRICT JUDGE**